IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ERIKA DEL CONSUELO ISLAS REYES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:07-cv-1099 |
| NAVID NAWAB, | ) ) ) | |
| Defendant. | ) | |

ORDER

This order comes upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. no. 3) and Plaintiff's Motion for Preliminary Injunction (Dkt. no. 5). For the reasons stated from the bench and in accord with specific rulings thereto, it is hereby

ORDERED that this hearing will be CONTINUED until November 20, 2007 at 10:00am, so that the Defendant may appear with his recently retained counsel. Further, it is

ORDERED that the Defendant shall not remove his daughter from the Commonwealth of Virginia before the hearing on November 20, 2007.

ENTERED this 16th day of November, 2007.

                                                                                       /s/
                                                    Liam O'Grady
                                                    United States District Judge

Alexandria, Virginia